SOUTHERN RAILWAY COMPANY v. FINCHER.

FISH, J. The evidence was sufficient to support the verdict in favor of the plaintiff, rendered in the justice's court, and there was no error in overruling the certiorari.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted November 19, 1902. — Decided January 10, 1903.

Certiorari. Before Judge Reagan. Pike superior court. April term, 1902.

*E. F. Dupree* and *Arthur Heyman,* for plaintiff in error.